UDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CIV 9598

----------------------------------------------------------------------X

LIZA POPOVIC,

                            Plaintiff,

        -against-

THE STOP & SHOP SUPERMARKET COMPANY LLC,
and SUPER STOP & SHOP,

                            Defendants.

----------------------------------------------------------------------X

**STATEMENT
PURSUANT
TO RULE 7.1**

**JURY TRIAL DEMANDED**

**ECF CASE**

        Pursuant to Rule 7.1 of the Local Rules of the United States District Court, Southern

District of New York and to enable judges and magistrates of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for Defendant, The Stop & Shop Supermarket

Company LLC, and the Stop & Shop Supermarket Company LLC i/s/h/a Super Stop & Shop a

private non-governmental party, certifies that the following are parent corporations or are publicly

held corporations that own ten percent of its stock:

        **AHOLD U.S.A., INC.**

Dated:  Albertson, New York
        October 26, 2007

OCT 29 2007
U.S.D.C. S.D.N.Y.
CASHIERS

                    BY:    _____
                           **PAUL ESCHMANN, ESQ.**
                           **AHMUTY, DEMERS & McMANUS, ESQS.**
                           Attorneys for Defendant,
                           **THE STOP & SHOP SUPERMARKET
                           COMPANY LLC and THE STOP & SHOP
                           SUPERMARKET COMPANY LLC i/s/h/a
                           SUPER STOP & SHOP**
                           200 I.U. Willets Road
                           Albertson, New York 11507
                           (516) 294-5433
                           **Our File No. : SAS1178N7PAE**

TO:    Hoffmaier & Hoffmaier, LLP
         Attorneys for Plaintiff
         30 Avenue B
         New York, N.Y.  10009
         (212) 777-9400

DOCKET NO. :

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
===========================================
LIZA POPOVIC,


Plaintiff,

-against-

THE STOP & SHOP SUPERMARKET COMPANY LLC,
and SUPER STOP & SHOP,


Defendants.
===========================================
STATEMENT PURSUANT TO RULE 7.1
===========================================
AHMUTY, DEMERS & McMANUS, ESQS.
Attorneys for Defendant,
THE STOP & SHOP SUPERMARKET COMPANY LLC and THE STOP & SHOP
SUPERMARKET COMPANY LLC i/s/h/a SUPER STOP & SHOP
200 I.U. Willets Road
Albertson, New York 11507
Tel #: 516-294-5433
Our File No. : SAS1178N7PAE
===========================================
To:  [See Affidavit of Service]


Attorneys for:
===========================================
Service of a copy is hereby admitted


Dated: Albertson, New York
       October 26, 2007