UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LIZA POPOVIC,                                                                                          **APPEARANCE**

                                                                                                                    Civil Action No.
                                      Plaintiff,                   07 - CV - 09598
                                                                                                                    ECF CASE

      -against -
                                                                                                                    Justice Lewis A. Kaplan
                                                                                                                    Magistrate Judge
                                                                                                                    Andrew J. Peck

THE STOP & SHOP SUPERMARKET COMPANY LLC,
and
SUPER STOP & SHOP,                                                                          Index No: 301206-07

                                      Defendants.
------------------------------------------------------------------------x

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for Plaintiff Liza Popovic.

      I certify that I am admitted to practice in this court.


Dated: New York, New York
         October 31, 2007

                                                            Yours, etc.

                                                             s/James C. Hoffmaier
                                                             James C. Hoffmaier
                                                             Atty Reg #2376556
                                                             HOFFMAIER &
                                                             HOFFMAIER, LLP
                                                             Attorney for Plaintiff
                                                             30 Avenue B
                                                             New York, New York, 10009
                                                             (212) 777-9400