Law Offices
# HOFFMAIER & HOFFMAIER, LLP
30 Avenue B, 1st Floor
New York, New York 10009
Phone (212) 777-9400
Cell (917) 650-0678, (347) 452-4402
Fax (212) 674-1729, 217-1998

*Neva Hoffmaier*
*James C. Hoffmaier*

Thomas G. Bernard
*of counsel*

Nov. 27, 2007

Clerk to Judge Lewis A. Kaplan
Chambers of Justice Lewis A. Kaplan
United States District Court, Southern District
500 Pearl Street
New York, N.Y. 10007

AHMUTY, DEMERS & MCMANUS
200 I.U. Willets Road
Albertson, New York 11507
(516) 294-5433
File SAS1178N7PAE

RE:   Popovic v. The Stop & Shop Supermarket Company LLC, et al.
      Civil Action No. 07-CV-09598
      Former Supreme Court, Bronx County, index no. 301206/07

Dear Clerk to Judge Lewis A. Kaplan:

This case was recently removed from State Court. I respectfully request a FRCP Rule 16(b) conference (or the first conference to schedule discovery under Judge Kaplan's rules). To date, no conferences have been held.

Very truly yours,

*James Hoffmaier*
James Hoffmaier