UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Popovik

                            Plaintiff,                     07 CIVIL 09598 (LAK)

-against-

The Stop + Shop Supermarket Company LLC et al

                          Defendants

-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: James Charles Hoffmaier

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: 2376552

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] *Law Firm/Government Agency Association*

From: Hoffmaier + Hoffmaier, LLP

To: _____

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

[X] *Address:* 30 Avenue B, New York, NY, 10009

[X] *Telephone Number:* 212-777-9400

[ ] *Fax Number:* 212-674-1729

[ ] *E-Mail Address:* hoffmaier@aol.com

Dated: 12/20/07                        *James Charles Hoffmaier*