UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LIZA POPOVIC,                              :

           Plaintiff,                  :          07 Civ. 9598 (AJP)

           -against-                  :          ORDER SCHEDULING
                                                      INITIAL PRETRIAL CONFERENCE
THE STOP & SHOP SUPERMARKET              :
COMPANY LLC & SUPER STOP & SHOP,
                                           :
           Defendants.
                                           :
------------------------------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

       IT IS HEREBY ORDERED that a conference is scheduled for January 25, 2008 at 9:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

       Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

       SO ORDERED.

Dated:     New York, New York
           January 16, 2008

                                         Andrew J. Peck
                                         United States Magistrate Judge

Copies **by fax & ECF** to:    Neva Hoffmaier, Esq.
                                  Paul Eschmann, Esq.

C:\ORD\Order Scheduling Status Conference