UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

LIZA POPOVIC,                                  :

              Plaintiff,             :        07 Civ. 9598 (AJP)

      -against-                               :        ORDER RESCHEDULING
                                                                               CONFERENCE

THE STOP & SHOP SUPERMARKET       :
COMPANY LLC & SUPER STOP & SHOP,

              Defendants.           :

------------------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

The initial pretrial conference originally scheduled for January 25, 2008 is rescheduled at the parties' request to **February 15, 2008 at 11:30 a.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street. There will be no further extensions for this conference.

        SO ORDERED.

DATED:    New York, New York
              January 23, 2008

                                                        Andrew J. Peck
                                                 United States Magistrate Judge

Copies **by fax & ECF** to:    Neva Hoffmaier, Esq.
                                        Paul Eschmann, Esq.

C:\ORD\