UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

LIZA POPOVIC,                         :

              Plaintiff,        :    07 Civ. 9598 (AJP)

             -against-       :    **ORDER OF DISMISSAL ON CONSENT**

THE STOP & SHOP SUPERMARKET           :
COMPANY LLC & SUPER STOP & SHOP,
                                   :
             Defendants.
                                   :
------------------------------------- x



**ANDREW J. PECK, United States Magistrate Judge:**

        The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 15 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:    New York, New York
               February 7, 2008

                                                    Andrew J. Peck
                                                    United States Magistrate Judge

Copies **by fax & ECF** to:    Neva Hoffmaier, Esq.
                                      Paul Eschmann, Esq.

# Law Offices
# HOFFMAIER & HOFFMAIER, LLP

30 Avenue B, 1st Floor
New York, New York 10009
Phone (212) 777-9400
Cell (917) 650-0678, (347) 452-4402
Fax (212) 674-1729, 217-1998

Neva Hoffmaier
James C. Hoffmaier

Thomas G. Bernard
of counsel



February 6, 2008

(212) 805-7933
Chambers of Justice Andrew J. Peck
United States District Court, Southern District
500 Pearl Street, Room 1370
New York, New York 10007

Re: Popovic v. Stop & Shop
Civil Action No: 07-CV-09598
Date of Accident: 6/2/07

Dear Justice Peck:

I represent the plaintiff Lisa Popovic in the captioned matter. I am happy to report that we have settled the case in the amount of $60,000. We are in the process of providing the release and stipulation of discontinuance to defense counsel.

This matter was previously scheduled for a conference on Friday, February 15, 2008, however, due to the settlement, counsel will not be appearing. If you have any questions, please contact me.

Very truly yours,

*Neva Hoffmaier*
Neva Hoffmaier

CC: Paul Eschmann
Ahmuty, Demers McManus
(212) 513-7843